622

Calogero Oscar Rubinelli, appellee, v. Envoy Building Corporation et al., defendants, on appeal of Frank W. Branigar and Harvey W. Branigar, trading as Branigar Bros., appellants. Gen. No. 35,217.

Opinion filed December 29, 1931.

Bippus, Rose, Burt & Reeve, for appellants; Robert C. Pierce, of counsel. Shulman, Shulman & Abrams and Gallagher & McDevitt, for appellee; Vincent C. Gallagher and Meyer Abrams, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Catherine Soeffker, administratrix of the estate of Julius Soeffker, deceased, appellee, v. Bruno Fred Andresen and Bunker Hill Country Club, appellants. Gen. No. 35,242.

Opinion filed December 29, 1931.

Ward, Gallagher & Rabold, for appellants; William H. Gallagher, of counsel. Charles E. Selleck, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Babka Plastering Company et al., appellees, v. City State Bank of Chicago et al., defendants, on appeal of Samuel B. Allison et al., appellants. Gen. Nos. 35,172, 35,173, 35,174, 35,175 and 35,177.

Opinions filed December 29, 1931.

West & Eckhart, Slottow & Leviton, Robert E. Turney, David Eichberg, Sanders, Childs, Bobb & Wescott, Marshall & Marshall and Elmer M. Leesman, for appellants; Elmer M. Leesman, Frank G. Marshall, Thomas L. Owens and William Rothmann, of counsel. Brown, Fox & Blumberg, for appellees; Charles LeRoy Brown and Jacob Logan Fox, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Honore Palmer and Potter Palmer, executors and trustees under the last will and testament of Bertha Honore Palmer, deceased, defendants in error, v. Andrew McAnsh, plaintiff in error. Gen. No. 35,301.

Opinion filed December 29, 1931. Rehearing denied January 11, 1932.

William Friedman and Lloyd C. Whitman, for plaintiff in error. Winston, Strawn & Shaw, for defendants in error; Silas H. Strawn, Frederick C. Hack and Harold A. Smith, of counsel.

Mr. Justice Kerner delivered the opinion of the court.